JOCHM HEIN, Appellant, *v.* JOHN WILKINS, Respondent.

APPEAL from judgment dismissing the complaint.

*August P. Wagener,* for appellant.

*Jeroloman & Arrowsmith,* for respondent.

FITZSIMONS, J. The complaint alleges that plaintiff's two infant daughters entered defendant's employ as house servants; that they had in defendant's house clothing of the value of $400; that the clothing was destroyed by fire, and that defendant recovered from an insurance the value thereof, and refused to pay the same over to plaintiff, who, as father, owned his daughters' clothing; hence this action. The trial justice dismissed the complaint. He did right in doing so. There is no evidence showing that defendant received money from any insurance for the clothing which plaintiff's daughters had in his house; in fact, the evidence entirely failed to support the complaint and was rightfully dismissed.

EHRLICH, Ch. J., and VAN WYCK, J., concur.
Judgment affirmed, with costs.